

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

v.   NO. 4:01CR00197 JMM

WILLIAM PLEDGER, III

## DISMISSAL OF INDICTMENT

Pursuant to **Rule 48(a)** of the **Federal Rules of Criminal Procedure** and by leave of Court endorsed hereon, the United States Attorney for the Eastern District of Arkansas hereby dismisses the above-styled indictment against the named defendant.

JANE DUKE
United States Attorney

LINDA B. LIPE
Assistant U.S. Attorney
P. O. Box 1229
Little Rock, Arkansas  72203
(501) 340-2600

Leave of Court is granted this 20 day of June, 2008 for the filing of the foregoing dismissal of indictment.

UNITED STATES DISTRICT JUDGE